AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PHILLIP B. HAUSKEN,

        Plaintiff,

        v.

CUS CHARLES PEASE, COUNSELOR WARNEKE, C/O MCGILL, C/O MCKUEEN, SGT CROFT and C/O MARTIN,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5040-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

April 18, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia